907 A.2d 426

IN THE MATTER OF JEFFREY W. LUTZ, AN ATTORNEY AT LAW (ATTORNEY NO. 002571975).

October 3, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–164, concluding on the record certified to the

Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **JEFFREY W. LUTZ** of **BRICK**, who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having concluded that the Office of Attorney Ethics should conduct an audit of respondent's attorney books and records;

And good cause appearing;

It is ORDERED that **JEFFREY W. LUTZ** is hereby reprimanded; and it is further

ORDERED that the Office of Attorney Ethics conduct an audit of the books and records maintained by **JEFFREY W. LUTZ** pursuant to *Rule* 1:21–6, the scope of audit to be determined by the Director of the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.